# Kramer Levin

**Barry H. Berke**  
Partner  
T 212-715-7560  
F 212-715-7660  
BBerke@KRAMERLEVIN.com

1177 Avenue of the Americas  
New York, NY 10036  
T 212.715.9100  
F 212.715.8000

December 7, 2017

BY ECF

Hon. Lewis A. Kaplan  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Blaszczak et al.*, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with his family to Pittsburgh, Pennsylvania from December 16 to December 18. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Brooke Cucinella, consents to this application, as does Mr. Huber's Pre-Trial Services Officer.

Respectfully submitted,

/s/ Barry H. Berke  
Barry H. Berke  
Dani R. James  
Kramer Levin Naftalis & Frankel LLP  
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley, Josh Naftalis and Brooke Cucinella  
*Assistant United States Attorneys*

Jane Cofone  
*Pre-Trial Services Officer*

On consent of the Government, application granted.

SO ORDERED:

/s/ William H. Pauley  
WILLIAM H. PAULEY III  
U.S.D.J.

KRAMER LEVIN NAFTALIS & FRANKEL LLP  
KL3 3149239.1

Part 1  
December 8, 2017