# Kramer Levin

**Barry H. Berke**
Partner
T 212-715-7560
F 212-715-7660
BBerke@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

June 6, 2018

**MEMO ENDORSED**

JUN 0 8 2018

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)</u>

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with his family to New Hampshire from June 25 to June 27 and to Vermont from July 12 to July 15. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Brooke Cucinella, consents to this application, as does Mr. Huber's Pre-Trial Services Officer.

**MEMO ENDORSED**

Application granted on consent.

So Ordered: _____
Hon. Alison J. Nathan
U.S.D.J.-Part I

Dated: 6/7/2018

Respectfully submitted,

/s/ Barry H. Berke
Barry H. Berke
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley, Josh Naftalis and Brooke Cucinella
*Assistant United States Attorneys*

Jane Cofone
*Pre-Trial Services Officer*