**MEMO ENDORSED**

# Kramer Levin

Barry H. Berke
Partner
T 212-715-7560
F 212-715-7660
BBerke@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 9, 2018
```

August 9, 2018

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Utah from August 21 to August 25 to visit his mother. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's Pre-Trial Services Officer.

Respectfully submitted,

/s/ Barry H. Berke
Barry H. Berke
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email):   Ian McGinley and Josh Naftalis
*Assistant United States Attorneys*

Jane Cofone
*Pre-Trial Services Officer*

MEMO ENDORSED

Application granted on consent.

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SITTING IN PART I

Dated: August 9, 2018
New York, NY

KRAMER LEVIN NAFTALIS & FRANKEL LLP
KW 3178038.1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 9, 2018



BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    <u>United States</u> v. <u>David Blaszczak et al.</u>
             17 Cr. 357 (LAK)

Dear Judge Kaplan:

        The Government writes in response to defendant Theodore Huber's August 9, 2018 request to modify the terms of his bail to permit him to travel to Utah from August 21 to 25, 2018, The Government has no objection to the defendant's request.

                                      Respectfully submitted,

                                      ROBERT KHUZAMI
                                      Attorney for the United States
                                      Acting Under Authority Conferred
                                      by 28 U.S.C. § 515

                              By:  /s/ _____
                                      Ian McGinley
                                      Joshua A. Naftalis
                                      Assistant United States Attorneys
                                      (212) 637-2257/2310

cc:    Barry Berke, Esq. (by e-mail)
        Dani James, Esq. (by e-mail)
        Jane Cofone, Pre-Trial Services (by e-mail)