**Kramer Levin**

| | | |
|---|---|---|
| | **Barry H. Berke** | 1177 Avenue of the Americas |
| | Partner | New York, NY 10036 |
| | **T**  212-715-7560 | **T**  212.715.9100 |
| | **F**  212-715-7660 | **F**  212.715.8000 |
| | BBerke@KRAMERLEVIN.com | |

October 9, 2018

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Vermont from October 23 to October 24.  Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut.  The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's Probation Officer.

Respectfully submitted,


_____/s/ Barry H. Berke_____
Barry H. Berke
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*



Cc (by email): Ian McGinley and Josh Naftalis
            *Assistant United States Attorneys*

            Randie Q. Phillips
            *U.S. Probation Officer*