# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

June 26, 2019

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with his family to Vermont from July 5 to July 8, and to Colorado and Utah from July 18 to July 23. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Ian McGinley, consents to this application, as does Mr. Huber's Probation Officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
*Assistant United States Attorneys*

Roody Joseph
*U.S. Probation Officer*

SO ORDERED

Granted

LEWIS A. KAPLAN, USDJ
6/26/19

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 26 2019

KRAMER LEVIN NAFTALIS & FRANKEL LLP
KL3 3217513.1