# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

February 7, 2020

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 1 2020

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with his family to Florida from February 17 to 21, and to Nevada, Utah and Arizona from February 29 to March 5 to visit his mother and his brother. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Ian McGinley, consents to this application, as does Mr. Huber's Probation Officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
*Assistant United States Attorneys*

Roody Joseph
*U.S. Probation Officer*

Granted on Consent

SO ORDERED

LEWIS A. KAPLAN, USDJ
2/11/2020



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 11, 2020

RECEIVED
FEB 11 2020
JUDGE KAPLAN'S CHAMBERS

<u>BY E-MAIL</u>

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re: <u>United States v. David Blaszczak et al.</u>
      17 Cr. 357 (LAK)

Dear Judge Kaplan:

   The Government writes in response to defendant Theodore Huber's February 7, 2020 request to modify the terms of his bail to permit him to travel to Utah and Arizona. The Government has no objection to the defendant's request.

         Respectfully submitted,

         AUDREY STRAUSS
         Attorney for the United States
         Acting Under Authority Conferred
         by 28 U.S.C. § 515


     By: <u>/s/         </u>
         Joshua A. Naftalis
         Assistant United States Attorney
         (212) 637-2310

cc:  Dani R. James, Esq. (by e-mail)
   Nolan J. Robinson, Esq. (by e-mail)
   Roody Joseph, U.S. Probation Officer (by e-mail)