

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2021

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York  10007

    Re: United States v. David Blaszczak et al.
       17 Cr. 357 (LAK)

Dear Judge Kaplan:

    The Government writes in response to defendant Theodore Huber's January 21, 2021 request to permit him to travel to Hawaii from February 12, 2021 to February 20, 2021.  The Government has no objection to the defendant's request.

               Respectfully submitted,

               AUDREY STRAUSS
               United States Attorney

            By: /s/_____
               Ian McGinley
               Assistant United States Attorney
               (212) 637-2257

cc: Dani R. James, Esq. (by e-mail)
   Nolan J. Robinson, Esq. (by e-mail)