**Kramer Levin**

**Dani R. James**
Partner
T  212-715-9363
F  212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

March 23, 2021

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

        We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Florida with his family from April 9, 2021 until April 16, 2021. Mr. Huber intends to travel to Florida by car and return by plane. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. While Mr. Huber's probation officer has advised that her office takes no position on travel requests of this type, the government, by Assistant United States Attorney Ian McGinley, consents to this application.

        Sincerely,

        /s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
        *Assistant United States Attorneys*

        Lisa van Sambeck
        *U.S. Probation Officer*