# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

April 29, 2021

**MEMO ENDORSED**

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Arizona to visit family on May 9, 2021, with further travel to Utah, Nevada, and Colorado before returning home on May 18, 2021. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. While Mr. Huber's probation officer has advised that her office takes no position on travel requests of this type, the government, by Assistant United States Attorney Ian McGinley, consents to this application.

Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
*Assistant United States Attorneys*

Lisa van Sambeck
*U.S. Probation Officer*

Granted on consent

SO ORDERED

LEWIS A. KAPLAN, USDJ   4/29/21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
KL3 3333209.1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2021

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

      Re:    United States v. David Blaszczak et al.
              17 Cr. 357 (LAK)

Dear Judge Kaplan:

      The Government writes in response to defendant Theodore Huber's April 29, 2021 request to modify the terms of his bail to permit him to travel to Arizona to visit family on May 9, 2021, with further travel to Utah, Nevada, and Colorado, returning on May 18, 2021. The Government has no objection to the defendant's request.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    United States Attorney


                          By: /s/_____
                                Ian McGinley
                                Assistant United States Attorney
                                (212) 637-2257

cc:    Dani R. James, Esq. (by e-mail)
        Nolan J. Robinson, Esq. (by e-mail)