**Kramer Levin**

Dani R. James
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

October 19, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-21

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Massachusetts with his daughter from October 21 to October 24. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's probation officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
*Assistant United States Attorneys*

Lisa van Sambeck
*U.S. Probation Officer*

SO ORDERED
LEWIS A. KAPLAN, USDJ
10/19/21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
KL3 3354624.1