# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

January 4, 2022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2022

**MEMORANDUM ENDORSED**

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Louisiana and Arizona to visit family from January 19 to January 26, and to travel with his family to Puerto Rico from February 19 to February 26. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's probation officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Josh Naftalis
*Assistant United States Attorney*

Lisa van Sambeck
*U.S. Probation Officer*

**Granted.**

**SO ORDERED.**

/s/ LAK (MAB)
**United States District Judge**

Dated: January 5, 2022