# Kramer Levin

**Dani R. James**
Partner
**T** 212-715-9363
**F** 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

March 3, 2022

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3-3-22*

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)</u>

Dear Judge Kaplan:

   We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with friends to South Carolina from March 14 to March 16. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's probation officer.

            Sincerely,

            /s/ Dani R. James
            Dani R. James
            Nolan J. Robinson
            Kramer Levin Naftalis & Frankel LLP
            *Attorneys for Theodore Huber*

Cc (by email): Josh Naftalis
    *Assistant United States Attorney*

    Lisa van Sambeck
    *U.S. Probation Officer*

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ

3/3/22