# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000



May 4, 2022

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

      We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted travel to Maine on May 16 and on May 23 to attend to a personal matter. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Scott Hartman, consents to this application, as does Mr. Huber's probation officer.

      Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Scott Hartman
      *Assistant United States Attorney*

      Lisa van Sambeck
      *U.S. Probation Officer*

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
5/9/22

KRAMER LEVIN NAFTALIS & FRANKEL LLP

KL3 3385832.1