# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

June 14, 2022





BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

     We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted travel to Maine with his son from June 22 to June 26. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Scott Hartman, consents to this application, as does Mr. Huber's probation officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Scott Hartman
    *Assistant United States Attorney*

    Lisa van Sambeck
    *U.S. Probation Officer*

SO ORDERED
Granted
LEWIS A. KAPLAN, USDJ

6/14/22

KRAMER LEVIN NAFTALIS & FRANKEL LLP

KL3 3385832.1