# Kramer Levin

**MEMO ENDORSED**

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

July 19, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022
```

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

I write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted travel to Vermont with his daughter from July 21 to July 24. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Scott Hartman, consents to this application, and Mr. Huber's probation officer has previously indicated that she does not object to domestic travel.

Sincerely,

/s/ Dani R. James
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorney for Theodore Huber*

Cc (by email): Scott Hartman
    *Assistant United States Attorney*

    Lisa van Sambeck
    *U.S. Probation Officer*

**Granted.**

**SO ORDERED.**

/s/ Lewis A. Kaplan (mab)
**Lewis A. Kaplan, U.S. District Judge**

**Dated: July 20, 2022**

KRAMER LEVIN NAFTALIS & FRANKEL LLP