# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/22

August 8, 2022

**MEMO ENDORSED**

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

I write on behalf of Theodore Huber to respectfully request a modification to the travel restrictions under his bail conditions. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. In light of Mr. Huber's record of compliance with supervision and to avoid repeated requests to the Court, we respectfully request that Mr. Huber's bail conditions be permanently modified to permit travel within the continental United States, with prior notice to his probation officer should he travel outside the Southern and Eastern Districts of New York and the District of Connecticut, but without need for approval from the government and Court each time.

The government, by Assistant United States Attorney Scott Hartman, consents to this application, as does Mr. Huber's probation officer.

Sincerely,

/s/ Dani R. James
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorney for Theodore Huber*

Cc (by email): Scott Hartman
*Assistant United States Attorney*

Lisa van Sambeck
*U.S. Probation Officer*

GRANTED.
/s/ JTC
8/9/22

SO ORDERED
LEWIS A. KAPLAN, USDJ

KRAMER LEVIN NAFTALIS & FRANKEL LLP

KL3 3397924.1