UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,

                *Plaintiff*,

          v.

THEODORE HUBER,

                *Defendant*.

------------------------------------X

S1 17 Cr. 357 (LAK)

[PROPOSED] ORDER EXONERATING BAIL CONDITIONS

WHEREAS on May 24, 2017, the Court imposed the following bail conditions on defendant Theodore Huber:

(1) A $10 million bond to be secured by $2 million in cash or property located at 5 Woodland Drive, Westport, Connecticut 06880;

(2) Limitation on travel to the Southern and Eastern Districts of New York and District of Connecticut;

(3) Surrender of travel documents;

(4) Regular pretrial supervision;

WHEREAS on November 1, 2023, a *nolle prosequi* was entered as to Mr. Huber;

NOW, THEREFORE, IT IS HEREBY ORDERED, that all conditions securing Mr. Huber's bail are exonerated and released and all suretors on Mr. Huber's personal recognizance bond and all property posted as security for Mr. Huber's personal recognizance bond are also

released from any liability in connection with the bond.

Dated: \_\_\_12/12\_\_\_, 2023
       New York, New York

IT IS SO ORDERED:

*/s/ Lewis A. Kaplan*

LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE